AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED _____  _____ RECEIVED
_____ ENTERED          SERVED ON
                COUNSEL/PARTIES OF RECORD

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

JUN 29 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:26-mj-482-MDC |
| ROBERT GORODETSKY | ) | |
| | ) | Charging District: Eastern District of NY |
| Defendant | ) | Charging District's Case No. 1:26-cr-190-LDH |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Theodore Roosevelt U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201 | Courtroom No.: |
|---|---|
| | Date and Time: 8/6/2026 12:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  06/29/2026

_____
Judge's signature

Maximiliano D. Couvillier, III, US Magistrate Judge
*Printed name and title*